UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **September 18, 2004
DeLaHoya/Hopkins**, Program,

                            Plaintiff,

            **DEFAULT JUDGMENT**
-against-          Civil Action No. CV-05-0946 (ILG/RML)
            Honorable Israel L. Glasser

MARITZA FELIX, *et al.*,

                            Defendants.
-----------------------------------------------------------------

The Summons and Complaint in this action having been duly served upon the

Defendants, **Maritza Felix, Individually and on Maritza's Café Corp. d/b/a Maritza's Corp.**

March 14, 2005, and said Defendants having failed to plead or otherwise appear in this action,

**NOW,** on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW

OFFICE P.C., attorneys for the Plaintiff, it is hereby

           **ORDERED, ADJUDGED AND DECREED** that Defendant, any of his servants,
employees, agents, persons acting in concert with him or acting on his behalf are hereby
permanently enjoined and restrained from engaging in the unauthorized reception and
interception, whether by air or cable, of Plaintiff's programming, signals or services, or in aiding
and abetting any such acts, and are hereby permanently enjoined and restrained from connecting
to, attaching, splicing into, tampering with or in any way using Plaintiff's cable wiring without
Plaintiff's authorization, and are hereby permanently enjoined and restrained from
manufacturing, selling, purchasing, obtaining, using, or possessing any device or equipment
capable of unscrambling, intercepting, receiving, decoding, transmitting, providing, or making
available all or part of Plaintiff's programming or services without Plaintiff's express
authorization, it is further,

          **ORDERED AND ADJUDGED** that Garden City Boxing Club, Inc., the Plaintiff, does
recover jointly and severally of **Maritza Felix, Individually,**

    1)    under 605(e)(3)(C)(i)(II) in the sum of TEN THOUSAND DOLLARS
           ($10,000.00)

    2)    and under 605(e)(3)(C)(ii) a sum of ONE HUNDRED THOUSAND DOLLARS

($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) costs and Attorney fees of EIGHT HUNDRED EIGHTY EIGHT DOLLARS AND SEVENTY FIVE CENTS ( $888.75)

**ORDERED AND ADJUDGED** that Garden City Boxing Club, Inc., the Plaintiff, does recover jointly and severally of **Maritza's Café Corp. d/b/a Maritza's Corp.,**

1) under 605(e)(3)(C)(i)(II) in the sum of TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for increased damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) costs and Attorney fees of EIGHT HUNDRED EIGHTY EIGHT DOLLARS AND SEVENTY FIVE CENTS ( $888.75)

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.

Dated: June 19, 2005

_____
**HONORABLE ISRAEL L. GLASSER**
United States District Judge